FINKELSTEIN & KRINSK LLP
HOWARD D. FINKELSTEIN (102964)
hdf@classactionlaw.com
JEFFREY R. KRINSK (109234)
jrk@classactionlaw.com
MARK L. KNUTSON (131770)
mlk@classactionlaw.com
C. MICHAEL PLAVI II (217153)
cmp@classactionlaw.com
501 West Broadway, Suite 1250
San Diego, CA 92101
Telephone: 619/238-1333
619/238-5425 (fax)

Attorneys for Plaintiffs and the Putative Class

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAXINE DERRY and RUSSEL HEMAN, Individually, and on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation,<br><br>Defendant. | Civil Action No. C 12-1380 CW<br><br>CLASS ACTION<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR SUBSTITUTION OF THE ESTATE OF MAXINE M. DERRY IN PLACE OF DECEDENT MAXINE M. DERRY<br><br>Date:   November 1, 2012<br>Time:   2:00 p.m.<br>Place:  Courtroom 2, 4th Floor<br>Judge:  The Honorable Claudia Wilken |

[Proposed] Order Granting Plaintiffs' Motion for Substitution of
The Estate of Maxine M. Derry in Place of Decedent Maxine M. Derry

1  The Court having considered plaintiffs motion pursuant to Federal Rule of Civil

2  Procedure 25(a)(1) to substitute the Estate of Maxine M. Derry, Nancy Meadows as Trustee, as

3  the proper party in place of decedent Maxine M. Derry, orders as follows:

4
5  The Estate of Maxine M. Derry, Nancy Meadows as Trustee is hereby substituted as a

6  party plaintiff in place of decedent Maxine M. Derry in this action.

7  IT IS SO ORDERED.

8  Dated:   9/24/2012

   _____
   CLAUDIA WILKEN
9  Chief District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
[Proposed] Order Granting Plaintiffs' Motion for Substitution of
The Estate of Maxine M. Derry in Place of Decedent Maxine M. Derry