1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

11
12
13
14
15
16
17
18
19

| | |
|---|---|
| MAXINE DERRY and RUSSEL HEMAN, Individually, and on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation,<br><br>Defendant. | Civil Action No. C 12-1380 CW<br><br>CLASS ACTION<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO ENLARGE TIME AND EXTEND PRETRIAL DATES**<br><br>Judge:   The Honorable Claudia Wilken |

20
21
22
23
24
25
26
27
28

[Proposed] Order Granting Plaintiffs' Motion to Enlarge Time and Extend Pretrial Dates

Upon consideration of Plaintiffs' motion to enlarge time and extend pretrial dates forth in the Court's Minute Order and Case Management Order entered on July 18, 2012 (Dkt. # 101) by sixty (60) days, and Defendant's statement on non-opposition, the Court, having considered the submissions by the parties and arguments of counsel, and for good cause appearing, hereby orders that:

The Minute Order and Case Management Order entered on July 18, 2012, Dkt. # 101, is hereby modified as follows;[1]

| DATE | EVENT |
|---|---|
| 11/17/12 | Deadline to add additional parties or claims |
| 11/26/12 | Defendant's opening brief on summary judgment |
| 12/17/12 | Plaintiffs' opposition / cross motion on summary judgment / class certification motion (contained within a single brief) |
| 01/28/13 | Defendant's reply / opposition to cross motion / class certification (contained within a single brief) |
| 02/18/13 | Plaintiffs' reply cross motion / class certification |
| 02/19/13 | Deadline to conduct ADR Mediation session |
| 03/21/13 at 2:00 pm | Hearing on Class Certification |
| 03/21/13 at 2:00 pm | Hearing on all case dispositive motions |
| 03/21/13 at 2:00 p.m. | Further Case Management Conference |
| 04/16/13 | Disclosure of identities and reports of expert witnesses |
| 05/07/13 | Rebuttal-Disclosure of identities and reports of expert witnesses |
| 06/18/13 | Completion of Fact and Expert Discovery |
| 10/02/13 at 2:00 p.m. | Final Pretrial Conference |
| 10/28/13 at 8:30 a.m. | Trial (4 day Court trial) |

IT IS SO ORDERED.

Dated:  9/24/2012

_____
CLAUDIA WILKEN
Chief District Judge

---

[1] All other matters set forth in Dkt. # 101 shall remain the same.

1
[Proposed] Order Granting Plaintiffs' Motion to Enlarge Time and Extend Pretrial Dates