1  Peter I. Ostroff (SBN 045718)
   postroff@sidley.com
2  Sean A. Commons (SBN 217603)
   scommons@sidley.com
3  Sidley Austin LLP
   555 West Fifth Street
4  Los Angeles, California 90013
   Tel:   (213) 896-6000
5  Fax:  (213) 896-6600

6  Joel S. Feldman (admitted *pro hac vice*)
   jfeldman@sidley.com
7  Eric S. Mattson (admitted *pro hac vice*)
   emattson@sidley.com
8  Christopher M. Assise (admitted *pro hac vice*)
   cassise@sidley.com
9  Sidley Austin LLP
   One South Dearborn Street
10 Chicago, Illinois 60603
   Tel:   (312) 853-7000
11 Fax:  (312) 853-7036

12 Attorneys for defendant
   Jackson National Life Insurance Company
13

14

15                **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17                     **OAKLAND DIVISION**

18 | MAXINE DERRY and RUSSELL | ) | Case No. 4:12-cv-01380-CW |
   | HEMAN, individually and on behalf of | ) | |
19 | themselves and all others similarly | ) | |
   | situated, | ) | |
20 | | ) | |
   | Plaintiffs, | ) | **DEFENDANT'S STATEMENT OF** |
21 | | ) | **NON-OPPOSITION TO** |
   | | ) | **PLAINTIFFS' UNOPPOSED** |
22 | vs. | ) | **MOTION FOR PRELIMINARY** |
   | | ) | **APPROVAL OF CLASS ACTION** |
23 | JACKSON NATIONAL LIFE | ) | **SETTLEMENT** |
   | INSURANCE COMPANY, | ) | |
24 | | ) | |
   | Defendant. | ) | |
25 | | ) | |

26

27

28

---

1    Pursuant to Local Rule 7-3(b), defendant Jackson National Life Insurance

2  Company advises the Court that it does not oppose Plaintiffs' Motion for Preliminary

3  Approval of Class Action Settlement, Conditional Approval of Settlement Class,

4  Issuance of Notice to the Class and Setting of Fairness Hearing (Doc. 134).

5

6

7  Dated: July 3, 2013                                    Respectfully submitted,

8                                                         SIDLEY AUSTIN LLP

9

10                                                        By:  /s/ Eric S. Mattson
                                                               Eric S. Mattson
11

12                                                        One of the Attorneys for Defendant
                                                          Jackson National Life Insurance
13                                                        Company

14

15  Peter I. Ostroff (SBN 045718)
    postroff@sidley.com
16  Sean A. Commons (SBN 217603)

17  scommons@sidley.com
    555 West Fifth Street
18  Los Angeles, CA 90013

19  Tel: (213) 896-6000
    Fax: (213) 896-6600
20

21  Joel S. Feldman (admitted *pro hac vice*)

22  jfeldman@sidley.com
    Eric S. Mattson (admitted *pro hac vice*)
23  emattson@sidley.com

24  Christopher M. Assise (admitted *pro hac vice*)
    cassise@sidley.com
25  Sidley Austin LLP

26  One South Dearborn Street
    Chicago, IL 60603
27  Tel: (312) 853-7000

28  Fax: (312) 853-7036

**DEFENDANT'S STATEMENT OF NON-OPPOSITION**
**TO MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT**