IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXINE DERRY; and RUSSELL HEMEN, individually and on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>    Defendant.<br>_____/ | No. C 12-1380 CW<br><br>ORDER FOR SUBMISSION OF PROPOSED NOTICE AND ORDER |

On August 1, 2013, the Court conducted a hearing on Plaintiffs' unopposed motion for preliminary approval of class action settlement. At the hearing the Court raised certain concerns about Plaintiffs' proposed class notice and proposed order preliminarily approving the settlement. The Court directed the parties to meet and confer to make changes to the proposed class notice and proposed order and to negotiate any necessary changes to the settlement agreement.

To date, the parties have not filed a revised proposed class notice or proposed order. Within seven days of the date of this order, the parties shall submit the revised documents or, if they are unable to agree, each party shall submit its own versions.

IT IS SO ORDERED.

Dated: 10/7/2013

CLAUDIA WILKEN
United States District Judge