IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXINE DERRY; and RUSSELL HEMEN, individually and on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>      Defendant.<br>_____/ | No. C 12-1380 CW<br><br>ORDER RE: REVISED PROPOSED NOTICE AND ORDER |

On August 1, 2013, the Court conducted a hearing on Plaintiffs' unopposed motion for preliminary approval of class action settlement. At the hearing the Court raised certain concerns about Plaintiffs' proposed class notice and proposed order preliminarily approving the settlement. The Court directed the parties to meet and confer to make changes to the proposed class notice and proposed order and to negotiate any necessary changes to the settlement agreement.

On October 7, 2013, the Court ordered the parties to submit the revised documents within seven days or, if the parties were unable to agree, to submit individual versions.

In response to the October 7, 2013 filing, Plaintiffs filed a brief indicating that the parties "have reached an impasse as to the production of the necessary information by Defendant . . . to prepare a settlement valuation." Docket No. 142. Plaintiffs further state that they "are not able to agree upon or submit a revised class proposed notice and proposed order prior to valuing

the settlement." Id. Defendant has filed a brief stating its belief that (1) the parties are not a true impasse with respect to the production of information related to the settlement valuation and (2) the parties need not resolve that issue prior to submitting the revised documents. Defendant has submitted a revised proposed class notice and proposed order addressing the concerns discussed at the preliminary approval hearing.

The Court agrees that the valuation of the settlement is not required in order to finalize the proposed class notice and proposed order preliminarily approving the class action settlement. Accordingly, within five days of the date of this order, Plaintiffs shall inform the Court whether they agrees to the proposed class notice and proposed order preliminarily approving the class action settlement filed by Defendant. If Plaintiffs do not agree to those documents, they shall file redlined versions of Defendant's proposed documents and a brief of two pages or less, explaining their concerns.

The parties shall meet and confer and consult with the mediator regarding the data necessary for Plaintiffs' auditor to conduct the valuation of the settlement. If necessary, Plaintiffs could file a discovery motion which would be referred to a magistrate judge.

IT IS SO ORDERED.

Dated: 10/18/2013

CLAUDIA WILKEN
United States District Judge