UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| NANCY MEADOWS, as Trustee of the Estate of Maxine Derry, and RUSSEL HEMAN, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation,<br><br>　　　　　　Defendant. | Case No. C 12-1380<br><br>Hon. Claudia Wilken |

**FINAL JUDGMENT AND ORDER**

On November 20, 2013, this Court entered an order granting preliminary approval (the "Preliminary Approval Order") of the Settlement Agreement and certifying, for settlement purposes only, a Settlement Class.

On April 17, 2014, the Court held a fairness hearing (the "Fairness Hearing"), for which members of the Settlement Class had been given appropriate notice. The Court gave an opportunity to be heard to everyone who asked to be heard in accordance with the Preliminary Approval Order.

Having considered all papers filed in connection with the Fairness Hearing, including Plaintiffs' petition for approval of the Class Counsel Payment and Incentive Awards to Plaintiffs, and statements made on the record,

**IT IS HEREBY ORDERED THAT:**

1.　This Court has jurisdiction over the Plaintiffs, Jackson, the Settlement Class Members, and the claims asserted in the Lawsuit.

2. The Settlement Agreement has been entered into in good faith following arm's-length negotiations and is non-collusive.

3. This Court grants final approval of the Settlement Agreement, including but not limited to the releases in it, and finds that it is fair, reasonable, adequate, and in the best interest of the Settlement Class. Therefore, all members of the Settlement Class who have not opted out are bound by this Final Judgment and Order.

4. The Class Notice (as described in paragraph 10 of the Settlement Agreement) complies with the requirements of Federal Rule of Procedure 23 and due process, constitutes the best notice practicable under the circumstances, and is due and sufficient notice to everyone entitled to notice of the settlement of the Lawsuit. Class Notice was given by first-class mail to each Class Member in accordance with the Settlement Agreement.

5. Class Members filed no objections to the proposed settlement.

6. A total of 115 persons have validly requested exclusion from the Settlement Class. A list of these persons is attached as Exhibit A.

7. Jackson shall distribute the relief to the Settlement Class as described in paragraph 3 of the Settlement Agreement.

8. Jackson shall pay the Class Counsel Payment of $3,080,000 within 7 days of the Effective Date. The Court finds this amount to be fair and reasonable and sufficiently supported.

9. Jackson shall pay Plaintiffs $10,000 each within 30 days of the Effective Date. The Court finds that these payments are justified by the Plaintiffs' service to the Settlement Class.

10. Jackson has filed documents with the Court to show its compliance with 28 U.S.C. § 1715(b), which requires Jackson to notify the Attorney General of the United States and

the appropriate state official in each state where a Class Member resides of the proposed settlement. The Court finds that Jackson has complied with this statute.

11. Jackson shall administer the settlement in accordance with the terms of the Settlement Agreement.

12. The Lawsuit is dismissed with prejudice, without fees or costs except as expressly provided in the Settlement Agreement and in paragraphs 8 and 9 above.

13. If this Court's approval of the Settlement Agreement is reversed, vacated, or modified in any material respect by any court, the Settlement Agreement will be void, Plaintiffs and Jackson will be restored to their respective positions as of the date the Settlement Agreement was signed, any certification of the Settlement Class will be vacated, and the Lawsuit will proceed as though the Settlement Class had never been certified. If the Settlement Agreement does not receive full and final judicial approval, Jackson retains the right to object to the propriety of class certification.

**IT IS SO ORDERED**

Dated: 4/24/2014

Hon. Claudia Wilken
United States District Judge

3