IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXINE DERRY; and RUSSELL HEMEN, individually and on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>    Defendant.<br>_____/ | No. C 12-1380 CW<br><br>ORDER RE: NOTICE AND RESPONSE (Dockets No. 167, 168) |

On December 9, 2014, Defendant Jackson National Life Insurance Company filed a report regarding the distribution of settlement checks in satisfaction of the above-titled class action settlement. Plaintiffs filed a response in which they ask the Court to order the re-issuance of some of the settlement checks, or to order further briefing on the issue of the checks' distribution. Plaintiffs have not filed a proper motion with the Court and as such the Court will take no action at this time. Should Plaintiffs believe they are entitled to any further relief, they may file and notice a proper motion.

    IT IS SO ORDERED.

Dated: December 15, 2014

                                  CLAUDIA WILKEN
                                  United States District Judge