IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXINE DERRY; and RUSSELL HEMEN, individually and on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>          Defendant.<br>_____/ | No. C 12-1380 CW<br><br>ORDER REGARDING CLASS MEMBER INQUIRIES |

On April 24, 2014, the Court entered an order finally approving the settlement in this class action. At the Court's request, counsel for both parties have filed a joint letter, describing Plaintiffs' counsel's and Jackson National's respective protocols for responding to phone calls from potential class members.

The letter indicates that Plaintiffs' counsel's and Jackson National's primary response to inquiries is to inform the caller to call the other. For example, Plaintiffs' counsel states that they tell callers to contact Jackson National to find out if they are class members or if they were issued a check. Jackson National states that it "first suggests callers contact the attorneys that represented them in the class action proceedings." Docket No. 170 at 2.

The Court directs Plaintiffs' counsel and counsel for Jackson National to meet and confer regarding a joint protocol that ensures that potential class members' inquiries are addressed

efficiently.  In that joint protocol, Plaintiffs' counsel shall have the primary responsibility of ensuring that potential class members get answers to their questions.  Jackson National's counsel is responsible for providing Plaintiffs' counsel with the information necessary to answer questions.  For example, Jackson National's counsel shall confirm that Plaintiffs' counsel has a complete list of class members and their policy numbers.  Jackson National's counsel shall also ensure that the list indicates whether each class member was sent a check, the date the check was sent and the check's expiration date.  If a class member was not sent a check, the list should indicate why the person was not entitled to receive one.  Jackson National's counsel shall also identify an individual in Jackson National's legal department who will be available to respond to questions from Plaintiffs' counsel regarding inquiries from potential class members.  Jackson National's counsel shall respond to all such questions from Plaintiffs' counsel within one week of the receipt of the question.

    Within two weeks of the date of this order, Plaintiffs' counsel and Jackson National's counsel shall submit a further letter to the Court outlining a revised joint protocol for addressing inquiries from potential class members.

    IT IS SO ORDERED.

Dated: 07/01/2015

CLAUDIA WILKEN
United States District Judge