IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXINE DERRY; and RUSSELL HEMEN, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　Defendant.<br>_____/ | No. C 12-1380 CW<br><br>ORDER REGARDING CLASS MEMBER INQUIRIES |

On April 24, 2014, the Court entered an order finally approving the settlement in this class action. At the Court's request, counsel for both parties filed a joint letter, describing Plaintiffs' counsel's and Jackson National's respective protocols for responding to phone calls from potential class members. Docket No. 170. After reviewing the parties' submission, the Court directed Plaintiffs' counsel and counsel for Jackson National to meet and confer regarding a joint protocol that ensures that potential class members' inquiries are addressed efficiently. The Court advised that, in that joint protocol, Plaintiffs' counsel shall have the primary responsibility of ensuring that potential class members get answers to their questions. Jackson National's counsel is responsible for providing Plaintiffs' counsel with the information necessary to answer questions. For example, Jackson National's counsel shall confirm that Plaintiffs' counsel has a complete list of class members and their policy numbers. Jackson National's counsel

shall also ensure that the list indicates whether each class member was sent a check, the date the check was sent and the check's expiration date.  If a class member was not sent a check, the list should indicate why the person was not entitled to receive one.  Jackson National's counsel shall also identify an individual in Jackson National's legal department who will be available to respond to questions from Plaintiffs' counsel regarding inquiries from potential class members.  Jackson National's counsel shall respond to all such questions from Plaintiffs' counsel within one week of the receipt of the question.

    The Court directed the parties to submit a further letter to the Court outlining their revised joint protocol.  The parties have now done so.  While the revised joint protocol addresses some of the Court's instructions, the Court notes that it does not provide for the resolution of some class members' questions.

    For example, under item 3.A., the protocol provides that Plaintiffs' counsel will ask a caller "if they received class notification and, if not, their basis for their belief that they might be a member of the class, and whether they incurred surrender charges on a Jackson National annuity before August 16, 2014."  Docket No. 172 at 2.  However, the protocol does not indicate what Plaintiffs' counsel will do with that information.  If an individual who did not receive class notice makes a reasonable showing that he or she incurred surrender charges on a Jackson National annuity before August 16, 2014, Plaintiffs' counsel shall investigate whether the individual was wrongfully excluded from the class and, if necessary, work with Jackson

2

National's legal department to confirm whether or not the individual is a class member and whether he or she is entitled to payment.  If the individual is entitled to payment, Plaintiffs' counsel will work with Jackson National to ensure that the individual receives payment.  Similarly, under item 3.C., the protocol provides that Plaintiffs' counsel will ask certain callers for "the basis for their belief that they incurred surrender charges on a Jackson National annuity before August 16, 2014" but does not indicate what Plaintiffs' counsel will do with the information.  Docket No. 172 at 2.  If a class member who did not receive a check makes a reasonable showing that he or she incurred surrender charges making him or her eligible for payment, Plaintiffs' counsel shall investigate whether the payment was wrongfully withheld and, if necessary, work with Jackson National's legal department to confirm whether or not he or she should have received payment and that appropriate payments are made.

IT IS SO ORDERED.

Dated: October 6, 2015

CLAUDIA WILKEN
United States District Judge